PROB 19
(NYEP Rev. 10/13)

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF NEW YORK

U.S.A. vs VICTOR MANUEL RIVERA                     Docket No.:0207 1:11CR00020

TO:[1]   Any U.S. Marshal or any other authorized Officer

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>VICTOR MANUEL RIVERA | SEX<br>Male | RACE<br>White | AGE<br>37 |
| ADDRESS (STREET, CITY, STATE)<br>41 Dick Drive Worchester, Massachusetts 01609 | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>The Honorable Raymond J. Dearie, U.S District Court Judge | | DATE IMPOSED<br>September 9, 2011 | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>The Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 | | | |
| CLERK<br>DOUGLAS C. PALMER | (BY) DEPUTY CLERK | DATE<br>June 2, 2016 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTIVE AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for EASTERN DISTRICT OF NEW YORK;" or any United States Marshal; or "any special agent of the Federal Bureau of Investigation;" or "any United States Marshal or any special agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."